# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

OLGA SANCHEZ MARQUEZ,

                Plaintiff,

    v.

THE UPS STORE, INC.,

                Defendant.

Case No. 1:26-cv-23494-DPG

## JOINT NOTICE OF SETTLEMENT

       Plaintiff, Olga Sanchez Marquez, and Defendant, The UPS Store, Inc., pursuant to Local Rules 16.2(f)(2) and 16.4, respectfully submit this Joint Notice of Settlement to advise the Court that the Parties have reached a resolution to this action. The Parties are finalizing that resolution and anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. Accordingly, the undersigned counsel respectfully requests that the Court stay all deadlines to allow the Parties to finalize settlement.

       Respectfully submitted this 30th day of June, 2026.

| **RODERICK B. HANNAH, ESQ., P.A.** | **ALSTON & BIRD LLP** |
|---|---|
| */s/ Roderick V. Hannah* | */s/ Danielle N. H. McWaters* |
| Roderick V. Hannah<br>Florida Bar No. 435384<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>Direct: (954) 362-3800<br>rhannah@rhannahlaw.com | Danielle N. H. McWaters<br>Florida Bar No. 1068509<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Direct: (404) 881-7764<br>danielle.mcwaters@alston.com |
| **LAW OFFICE OF PELAYO DURAN, P.A.** | *Counsel for The UPS Store, Inc* |
| */s/ Pelayo M. Duran* | |
| Pelayo M. Duran<br>Florida Bar No. 0146595 | |

355 N.W. 36th Street, Suite 307
Virginia Gardens, FL 33166
Direct: (305) 266-9780
duranandassociates@gmail.com

*Counsel for Olga Sanchez Marquez*

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), I verify that counsel for Defendant conferred via email with counsel for Plaintiff on June 30, 2026 regarding the relief requested in this motion.  Plaintiff's counsel reported that Plaintiff does not oppose the relief requested in this motion.

*/s/ Danielle N. H. McWaters*
Danielle N. H. McWaters
Florida Bar No. 1068509

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Danielle N. H. McWaters*
Danielle N. H. McWaters
Florida Bar No. 1068509
